# Exhibit "A"

**DAVID A. RIGGI, ESQ.**
Nevada Bar No. 4727
7900 W. Sahara Ave., Suite 100
Las Vegas, NV 89117
Phone: (702) 463-7777
Fax: (888) 306-7157
E-mail: riggilaw@gmail.com

**LEO P. FLANGAS, ESQ.**
Nevada Bar No. 5637
**THOMAS M. FRONCZEK, ESQ.**
Nevada Bar No. 11380
**FLANGAS LAW FIRM, LTD.**
616 S. 8th Street
Las Vegas, Nevada 89101
Telephone: (702) 384-1990
E-mail: leo@flangaslawfirm.com
*Attorneys for Plaintiff Joan Lee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

MARICELJEAN JADUZ RYCRAFT,                                    Case No.: 25-12819-ABL

      Debtor.
_____

JOAN LEE,                                                    Adv. Proc. No.: 25-01191-ABL

      Plaintiff,

v.

MARICELJEAN JADUZ RYCRAFT,                                    Hearing Date: June 23, 2026
                                                             Hearing Time: 1:30 p.m.

      Defendant.
_____

**PLAINTIFF JOAN LEE'S RESPONSE TO DEFENDANT'S STATEMENT OF**
**UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to LR 7056(b), Plaintiff Joan Lee responds to Defendant Mariceljean Jaduz

Rycraft's Statement of Undisputed Facts in Support of Motion for Summary Judgment (Adv.

Dkt. #30) on a paragraph-by-paragraph basis. The paragraphs are reproduced below using

1

Defendant's exact text and printed numbering. As noted, Defendant's Statement contains two paragraphs designated "11," two paragraphs designated "12," omits paragraph "14," and ends at "17," for a total of eighteen (18) substantive paragraphs.

**1.**      Rycraft believes the following facts are not in dispute.
RESPONSE: *This was probably an unintended statement — but Plaintiff will dispute it simply because it is confusing.*

**2.**      On May 15, 2025 Rycraft filed a Chapter 7 Voluntary Petition for Bankruptcy in the United States Bankruptcy Court, District of Nevada.
RESPONSE: *Agree.*

**3.**      On August 18, 2025, Plaintiff filed a Complaint Seeking Exception to Discharge and Revocation of Discharge (Adv. Dkt. #1).
RESPONSE: *Agree that a document entitled that was filed at ECF No. 1.*

**4.**      On January 9, 2026, Rycraft filed her Motion to Dismiss Plaintiffs Complaint Seeking Exception to Discharge and Revocation of Discharge Under Fed. R. Civ. P. 12(b)(5) in the Alternative Under Rule 12(b)(6) (Adv. Dkt. #8).
RESPONSE: *Agree that a document entitled that was filed at ECF No. 8.*

**5.**      On February 2, 2026, Plaintiff filed their First Amended Complaint (Adv. Dkt. #12).
RESPONSE: *Agree that a document entitled that was filed at ECF No. 12.*

**6.**      On February 2, 2026, Plaintiff filed their Opposition to Motion to Dismiss Plaintiffs Complaint Seeking Exception to Discharge and Revocation of Discharge Under Fed. R. Civ. P. 12(b)(5) in the Alternative Under Rule 12(b)(6) (Adv. Dkt. #13).
RESPONSE: *Agree that a document entitled that was filed at ECF No. 13.*

**7.**      On February 3, 2026, Rycraft filed her Reply to Opposition to Motion to Dismiss Plaintiff's Complaint Seeking Exception to Discharge and Revocation of Discharge Under Fed. R. Civ. P. 12(b)(5) In the Alternative Under Fed. R. Civ. P. 12(b)(6) (Adv. Dkt. #15).
RESPONSE: *Agree that a document entitled that was filed at ECF No. 15.*

**8.**      On March 13, 2026, the Order Granting in Part and Denying in Part Motion to Dismiss Without Prejudice was entered (Dkt. #20).
RESPONSE: *Agree that a document entitled that was entered at ECF No. 20.*

**9.**      On March 23, 2026, Plaintiff had an Amended Alias Summons Issued (Adv. Dkt. #26).
RESPONSE: *Agree that a document entitled that was filed at ECF No. 26.*

**10.**      On March 27, 2026, Plaintiff filed their Second Amended Complaint (Adv. Dkt. #27).
RESPONSE: *Agree that a document entitled that was filed at ECF No. 27.*

**11.**     Joan Lee ("Lee") is a business owner who owns a businesses in Clark County, Nevada, called Royal Springs Healthcare and Rehab Inc. (Ex. '1' – Decl. MJ. Rycraft ¶ 6).

RESPONSE: *Agree.*

**12.**     Rycraft looked up the NPI Registry website for Royal Springs Healthcare and Rehab Inc. and it identifies Joan Lee is the owner (Ex. '1' – Decl. MJ. Rycraft ¶ 7).

RESPONSE: *Plaintiff has no independent knowledge as to what Rycraft did, but Joan Lee is the owner of that company.*

**11. [second paragraph so designated]**     That a deal was made by Lee to purchase Adora Vida Care, LLC. for $300,000. (Ex. '1' – Decl. MJ. Rycraft ¶ 10).

RESPONSE: *Disagree — the characterization that a "deal was made by Lee" is ambiguous and could be interpreted in an inaccurate and incorrect way. The "deal" was orchestrated by the Defendant.*

**12. [second paragraph so designated]**     Lee paid $50,000 to Nicole Bustamante owner of Adora Vida Care, LLC. in December 2023 (Ex. '1' – Decl. MJ. Rycraft ¶ 11).

RESPONSE: *Agree.*

**13.**     Lee only paid $50,000 more at the end of January 2024 (Ex. '1' – Decl. MJ. Rycraft ¶ 14).

RESPONSE: *Disagree as to the characterization of "only." Payment for the total of $50,000 extended beyond the end of January 2024.*

**15. [no paragraph 14 was included]**     Lee failed to pay the remaining $200,000 balance (Ex. '1' – Decl. MJ. Rycraft ¶ 15).

RESPONSE: *Disagree as to the characterization that Lee "failed," in that an agreement was reached in which the payment schedule was redone with Bustamante. Moreover, because Lee had to contribute money at the Defendant's insistence to Adora because of the Defendant's failure to have the promised income, there was less money available for Lee to pay any remaining balance to Bustamante.*

**16.**     Rycraft was sued for breach of contract by Bustamante for the $200,000 balance, that Lee failed to pay, because her name was on Adora Vida Care, LLC., in Clark County District Court case No. A-24-89488-C (Ex. '1' – Decl. MJ. Rycraft ¶ 17).

RESPONSE: *Deny, once again, to the extent that there was a failure by Lee, when in fact the failure was caused by the Defendant.*

**17.** Rycraft sued Lee as a third party defendant in Bustamante's lawsuit in Clark County case No. A-24-894888-C (Ex. '1' – Decl. MJ. Rycraft ¶ 18).

RESPONSE: *Agree.*

DATED: May 29, 2026.

**DAVID A. RIGGI, ESQ.**
By: */s/ David A. Riggi*
David A. Riggi, Esq.
Nevada Bar No. 4727
7900 W. Sahara Ave., Suite 100
Las Vegas, NV 89117
*Attorney for Plaintiff Joan Lee*